Jonathan M. Rotter (SBN 234137)
Danielle L. Manning (SBN 313272)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
Email: info@glancylaw.com

Carl L. Stine (*pro hac vice*)
Matthew Insley-Pruitt (*pro hac vice*)
Philip M. Black (SBN 308619)
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
Email: cstine@wolfpopper.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGO AMAVIZCA, Individually and on Behalf of All Others Similarly-Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUTRA MANUFACTURING, LLC,<br><br>Defendant. | Case No. 8:20-cv-01324-RGK-MAA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**Trial Date: July 27, 2021**<br>**Time: 9:00 a.m.**<br>**Courtroom: 850** |

Plaintiff Rigo Amavizca ("Plaintiff) and Defendant Nutra Manufacturing, LLC ("Nutra"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of the above-captioned action, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: July 26, 2021      **GLANCY PRONGAY & MURRAY LLP**

By:   */s/ Jonathan M. Rotter*
        Jonathan M. Rotter
Attorney for Plaintiff

Dated: July 26, 2021      **BRYAN CAVE LEIGHTON PAISNER LLP**

By:   */s/ Simren K. Gill*
        Simren K. Gill
Attorney for Defendant
Nutra Manufacturing, LLC

### ECF CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer Jonathan M. Rotter, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:   */s/ Jonathan M. Rotter*
        Jonathan M. Rotter

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On July 26, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2021, at Los Angeles, California.

*s/ Jonathan M. Rotter*
Jonathan M. Rotter